UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 20-10053 AB (MRWx) | Date | October 21, 2021 |
|---|---|---|---|
| Title | Walker v. Man-West Properties | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:**    ORDER TO SHOW CAUSE

1.    Plaintiff filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 35.) The motion is accompanied by a statement that indicates that Defendant failed to confer in accordance with this Court's Local Rule 37-1. (Docket # 35-2 at 2-3.)

2.    A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendant is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process and to submit a substantive response to the discovery motion by November 5, at 12:00 p.m. If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings. The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).

3.    In addition, Mr. Hakimi is ordered to submit a supplemental declaration (NTE five pages) by the same date. The supplemental declaration will explain why, after launching a single meet-and-confer letter to the defense in July – and after receiving additional materials from the defense in August and October – Mr. Hakimi apparently made no effort to communicate further with the lawyer representing Ralphs. (Docket # 35-2 at 4.)

4.    Mr. Hakimi (who is listed as an attorney on 713 matters in this district court) will also explain how the filing of the October 20 motion complies in letter and spirit with our Court's Civility and Professionalism Guidelines. I particularly note the provisions that attorneys "will treat adverse parties [ ] with fairness and due consideration," and "before filing a motion with the court, we will engage in more than a mere pro forma

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 20-10053 AB (MRWx) | Date | October 21, 2021 |
|---|---|---|---|
| Title | Walker v. Man-West Properties | | |

discussion of its purpose in an effort to resolve the issue with opposing counsel." (CPG at ¶¶ A.4, B.8.) Hmmmm.

     5.    If, after consideration of this order, the parties jointly agree that the discovery dispute can be resolved without Court involvement, you may contact the Clerk to dismiss the motion voluntarily.