# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>MAN-WEST PROPERTIES a Limited Partnership, a California Limited Partnership; RALPHS GROCERY COMPANY, an Ohio corporation; and Does 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-10053-AB-MRW<br><br>**[PROPOSED]** **ORDER FOR DISMISSAL WITH PREJUDICE AND VACATING ALL DEADLINES** |

The Court having considered the parties' Stipulation for Dismissal with Prejudice of All Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)-(2), **IT IS HEREBY ORDERED** that above-entitled action is **DISMISSED with prejudice** in its entirety and against all Defendants. Each party will be responsible for its own fees and costs.

Dated: March 25, 2022

                                          Honorable André Birotte Jr.

                                          United States District Judge